IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
_____ DIVISION

QUESTIONNAIRE FOR PRISONERS PROCEEDING
PRO SE UNDER 42 U.S.C. § 1983

RECEIVED
CLERK'S OFFICE
2013 SEP 17 AM 8:30
U.S. DISTRICT COURT
MIDDLE DIST. OF GEORGIA
MACON, GEORGIA

Patonya Nation
Aka Patonya Lois Lee
Roach

(GIVE FULL NAME AND PRISON NUMBER OF EACH PLAINTIFF)

Plaintiff(s)

vs.

Public Defenders Office
Drew Powell
John Land

(NAME OF EACH DEFENDANT)

Defendant(s)

CIVIL ACTION NO: 5:13-CV-350

I. GENERAL INFORMATION

1. Your full name and prison number(s): Patonya Lois Lee Nation (Roach)
2. Name and location of prison where you are now confined: 17144 - Stephens County Detention Center (Jail)
3. Sentence you are now serving (how long?): Aprox 79 days (still running)
   (a) What were you convicted of? Probation Violation (marijuana) Drug test,
   (b) Name and location of court which imposed sentence: Stephens County Superior Court
   (c) When was sentence imposed? 2005 Originally - (this sentence time is for V.O.P.)
   (d) Did you appeal your sentence and/or conviction?  ☐ Yes  ☒ No
   (e) What was the result of your appeal? _____
   (f) Approximate date your sentence will be completed: Due to sentence computation error - 2015 - (Scrivinors error.) However, time computation should Reflect 10yr. sentence time Start July 2003

## II. PREVIOUS LAWSUITS

4. Other than the appeal of your conviction or sentence, have you ever submitted a lawsuit for filing in <u>any</u> federal or state court dealing with the <u>SAME FACTS</u> involved in this lawsuit or otherwise related to your imprisonment?  ☐ Yes  ☒ No

5. If your answer to question 4 is "Yes," list that lawsuit below, giving the following information:

(IF YOU HAVE FILED MORE THAN ONE LAWSUIT, LIST OTHER LAWSUITS ON A SEPARATE SHEET OF PAPER, GIVING THE SAME INFORMATION FOR EACH.)

(a) Parties to the previous lawsuit:

Plaintiff(s): _____

Defendant(s): _____

(b) Name of Court: _____

(c) Docket Number: _____  When did you file this lawsuit? _____

(d) Name of judge assigned to case: _____

(e) Is this case still pending?  ☐ Yes  ☐ No

(f) If your answer to (e) is "No," when was it disposed of and what were the results? (DID YOU WIN? WAS THE CASE DISMISSED? DID YOU APPEAL?) _____

## III. EXHAUSTION OF ADMINISTRATIVE REMEDIES

6. Where are you <u>now</u> confined? __Stephen Co. Detention__

(a) How long have you been at this institution? __79 Days__

(b) Does this institution have a grievance procedure?  ☒ Yes  ☐ No

(c) If your answer to question 6(b) is "Yes," answer the following:

   (1) Did you present your complaint(s) herein to the institution as a grievance?  ☒ Yes  ☐ No

   (2) What was the result? __nothing__

(d) If your answer to question 6(b) is "No," explain why not: _____

(e) What, if anything, have you done to bring your complaint(s) to the attention of prison officials? Give dates and places and the names of persons talked to: About or on 6-24-13, I wrote explaining and spoke with Lt. in Ref. to my situation, aprox 7-15-13, again.

7. In what other institutions have you been confined? Give dates of entry and exit.

Prison System - Metro Diagnostics - Intake
Pulaski State Prison    July, 2003 - March-2008

## VI. PARTIES TO THIS LAWSUIT

8. List the name and address of each plaintiff in this lawsuit.

Public Defenders Office    Patonya Lois Lee
Drew Powell               Nation (Roach)
John Land

9. List the full name, the official position, and the place of employment of each defendant in this lawsuit.
(ATTACH ADDITIONAL PAGES IF NECESSARY)

Public Defenders Office
   Drew Powell
   John Land

## V. STATEMENT OF CLAIM

10. In the space hereafter provided, and on separate sheets of paper, if necessary, set forth your claims and contentions against the defendant(s) you have named herein. Tell the court WHAT you contend happened to you, WHEN the incident(s) you complain about occurred, WHERE the incident(s) took place, HOW your constitutional rights were violated, and WHO violated them. Describe how each defendant was involved, including the names of other persons who were also involved. If you have more than one claim, number and set forth each claim SEPARATELY.

Do not give any legal argument or cite any cases or statutes at this time; if such is needed at a later time, the court will advise you of this and will afford you sufficient time to make such arguments. KEEP IN MIND THAT RULE 8 OF THE *FEDERAL RULES OF CIVIL PROCEDURE* REQUIRES THAT PLEADINGS BE SIMPLE, CONCISE, AND DIRECT. If the court needs additional information from you, you will be notified.

## STATEMENT OF CLAIM (Continued)

Where did the incident you are complaining about occur?  That is, at what institution or institutions?
Superior Court Stephens Cn. - Stephens County Jail

When do you allege this incident took place? Court & Jail

What happened? first I tried to hire w/ application as well as Rebecca Grier calling - And was told that B/c of me waiting a few weeks after book in - then I wouldn't have the chance to obtain the counsel of their office. At that time, I wrote to the courts and Lt. Wise (Ricki) to request Pro'Se, and Law Library. Lt. Ricki Wise, then spoke with me, Called the Public Defenders Office, and when the paralegal Amber Dorsey took my application, and visited me, explained that it was only a mistake. On July 29th I had court and John Land visited the morning of court, and said they were waiting on transcripts. In open court he then continued the courts and August 26th; I went to court - without speaking w/ my attorney at all. I, in open court explained that I had not spoken w/ attorney or had a chance to show him my own paper work. I had in the weeks prior also wrote to him, as well as sent rough drafts of such motions to correct the scriveners error. At any time - the Public Defenders office did not respond - or commicate to me in any way. However, In open court on Aug 26th informed the court that transcripts of prior sentencing had not been produced nor were the original sentencing sheet clerically clear of sentence. But recommended that It fair to take a 1 yr Prison Sentence, in which the D.A. and Probation had recommended. I requested in open court to dismiss counsel, due to the §554 section code of lack of communication, and then petitoned the courts on Aug 4th to dismiss attorney.) Court was rescheduled to Sept 26th - When I came back to the Detention Center, I requested that Probation; and Public Defender come up with a waiver, it was faxed to Probation, and Lt. Wise contacted Drew Powell at Public Defeneders office. I was told Drew Powell said he would check into it, and Probation said, Because of Public Defender they couldn't create a waiver. I have been unsuccessful in comminicating with Public Defenders - Dismissing w/ Petetion - and law Library. Although I've requested, thru letters, request forms and Rebecca Grier also calling. No visit, no Letter. No communication at all.

11. List the name and address of every person you believe was a witness to the incident(s) you complain about, BRIEFLY stating what you believe each person knows from having seen or heard what happened.
(USE ADDITIONAL SHEETS, IF NECESSARY)

John Land Public Defenders Office
Judge Caudell - Superior Court Stephens County
Lt. Ricki Wise - (can validate No visit)

12. BRIEFLY state exactly what you want the court to do for you. That is, what kind of relief are you seeking in this lawsuit? Do not make any legal arguments and do not cite any cases or statutes.
(USE ADDITIONAL SHEETS, IF NECESSARY)

- Dismiss Attorney
- Sign a Waiver with Probation Office that reflects fair Sentencing (OR)
- Retain Attorney that will work and communicate with me. (OR)
- Attain law Library for Representing myself. (OR)
- Dismiss Probation due to Courts lack of presenting transcript, and/or sentencing Con-current or Consecutive

13. You may attach additional pages if you wish to make any legal argument. However, legal arguments are NOT required in order for you to obtain relief under §1983. If the court desires legal argument from you, it will request it. If any defendant presents a legal argument, you will be afforded an opportunity to respond thereto.

14. KEEP IN MIND THAT ONCE YOUR LAWSUIT IS FILED, THE COURT WILL REQUIRE YOU TO DILIGENTLY PROSECUTE IT. That means you will be required to go forward with your case without delay. Thus, if you fail to adequately prepare your case before you file it, you may find your lawsuit dismissed for failure to prosecute if you take no action once it is filed. YOU WILL RECEIVE NO FURTHER INSTRUCTIONS FROM THE COURT TELLING YOU WHAT TO DO OR HOW TO DO IT. IT IS YOUR RESPONSIBILITY AND YOURS ALONE TO PROSECUTE YOUR OWN CASE. If you fail to prosecute your case, it will be dismissed under Rule 41 of the *Federal Rules of Civil Procedure*.

Signed this 12th day of Sept, 2013

_____
(Signature of Plaintiff)